UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK          07 CV 2873 (BSJ)

| | |
|---|---|
| NIPPON YUSEN KAISHA a.k.a. NYK LINE,<br><br>                       Plaintiff,<br>- against -<br><br>AIR 7 SEAS TRANSPORT LOGISTICS, INC.,<br>                       Defendant. | DEFENDANT, NIPPON YUSEN KAISHA'S CORPORATE DISCLOSURE STATEMENT<br><br>[F.R.Civ.P. 7.1] |

Defendant, NIPPON YUSEN KAISHA (hereafter "NYK"), by its attorneys, Cichanowicz Callan Keane Vengrow & Textor, LLP, certifies that no parent corporation or any publicly held corporation owns 10% or more of its stock.

Dated: New York, NY  
        April 10 , 2007

CICHANOWICZ CALLAN KEANE VENGROW  
 & TEXTOR, LLP, 61 Broadway, Ste. 3000  
New York, NY 10006 – Tel. 212-344-7042

By: /s/_____Joseph De May, Jr._____  
       Joseph De May, Jr.  [JD-9105]  
       Attorneys for Plaintiff