LAW OFFICES OF
# CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 BROADWAY, SUITE 3000
NEW YORK, N.Y. 10006-2802

PAUL M. KEANE
STEPHEN H. VENGROW[‡]
JAMES M. TEXTOR[*]
JOSEPH F. DE MAY, JR.
RANDOLPH H. DONATELLI[#]
PATRICK MICHAEL DECHARLES II[†]

JESSICA A. DE VIVO[°]
IRENE M. ZANETOS[°]

[‡]ALSO ADMITTED TO DISTRICT OF
COLUMBIA, MAINE & NEW JERSEY
[*]ALSO ADMITTED TO PENNSYLVANIA
[#]ALSO ADMITTED TO GEORGIA
[†]ALSO ADMITTED TO NEW JERSEY & TEXAS
[°]ALSO ADMITTED TO NEW JERSEY

TELEPHONE: (212) 344-7042
TELEFAX: (212) 344-7285
TELEFAX: (212) 344-3988

NEW JERSEY OFFICE
75 MONTGOMERY STREET, SUITE 200
JERSEY CITY, NJ 07302
(201) 209-0960

A.J. MARINO
OF COUNSEL

BYRON KING CALLAN
(1914 - 1992)
VICTOR S. CICHANOWICZ
(1918 - 1989)

August 29, 2007

The Honorable Barbara S. Jones
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10001

RE:   STATUS REPORT
      Nippon Yusen Kaisha v. Air 7 Seas, 07 CV 2873 (BSJ) (S.D.N.Y.)
      Our File: 8870/SHV

Your Honor:

We are the attorneys for plaintiff in the above captioned matter. This is a maritime claim brought to recover unpaid ocean freight and other charges in the amount of $47,376.00 together with interest, costs, disbursements and contractual attorneys' fees.

Through the use of process of maritime attachment and garnishment {Supplemental Admiralty Rule B], we have to date attached assets of approximately $27,000.00.

The claims pleaded in the complaint have, pursuant to agreement between the parties, gone to arbitration before a single arbitrator, Mr. Svend Hansen, of the Society of Maritime Arbitrators. Briefing of the claims was closed August 10, 2007 and we are awaiting the arbitrator's decision. The funds attached are being held, pursuant to 9 U.S.C. 8, as security for any arbitral award plaintiff might win.

Respectfully,
CICHANOWICZ CALLAN KEANE VENGROW
& TEXTOR, LLP

By: _____
Joseph De May, Jr. [JD-9105]