SONES J.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK          07 CV 2873 (BSJ)

NIPPON YUSEN KAISHA a.k.a. NYK LINE,

                Plaintiff,

- against -                                                  NOTICE OF DISMISSAL

AIR 7 SEAS TRANSPORT LOGISTICS, INC.,
                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 11/26/07

Defendant not having served an answer or motion for summary judgment herein, this action is dismissed:

Dated: New York, NY, November 15, 2007

                                      CICHANOWICZ, CALLAN, KEANE,
                                      VENGROW & TEXTOR, LLP
                                      Attorneys for Plaintiff

                                      By: _____Joseph De May, Jr._____
                                      Joseph De May, Jr. (JD-9105)
                                      61 Broadway, Suite 3000
                                      New York, New York 10006-2802
                                      (212)344-7042

**SO ORDERED:**

_____Barbara S. J._____
           U.S.D.J.

11/25/07